Order entered October 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00608-CR

## AN THUY PHAM, Appellant

### V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 219th District Court
Collin County, Texas
Trial Court Cause No. 219-81767-09

## ORDER

Appellant's October 23, 2012 first motion to extend the time to file appellant's brief is GRANTED. The time to file appellant's brief is extended to **THIRTY DAYS** from the date of this order.

LANA MYERS
JUSTICE